UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0443M-01 (CR) |
| **DARICK NAPPER,** | : | VIOLATIONS: 18 U.S.C. §924(c)(1) |
| **Defendant.** | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 48 D.C.C. §904.01(a)(1) |
| | : | (Unlawful Distribution of a Controlled |
| | : | Substance) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about August 4, 2005, within the District of Columbia, **DARICK NAPPER**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, a firearms, that is, a Ruger 9mm semi-automatic handgun and a Hi-Point .380 caliber handgun.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT TWO

On or about July 2, 2005, within the District of Columbia, **DARICK NAPPER**, did unlawfully, knowingly and intentionally distribute a quantity of cocaine, a Schedule II narcotic drug controlled substance.

(**Unlawful Distribution of a Controlled Substance**, in violation of Title 48, District of Columbia Code, Section 904.01(a)(1) (2001 ed.))

KENNETH L. WAINSTEIN
Attorney of the United States in
and for the District of Columbia
Bar No. 451-058

BY: _____
WENDY SHORT
Assistant United States Attorney
Bar No. 358-637
Organized Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4245
Washington, D.C. 20530
(202) 514-1885