UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Criminal Action No. 05-0366 (JGP)** |
| ) | |
| ) | |
| **DARICK NAPPER,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

A plea hearing was scheduled for October 13, 2005. At that hearing, the Court was informed that Defendant wanted different counsel and was currently unwilling to enter a plea. Defense counsel indicated that new representation could be appointed quickly. Accordingly, it is hereby

**ORDERED** that this matter is set down for a status hearing on October 27, 2005 at 10:00 A.M. in Courtroom 15.


**DATE: October 14, 2005**              **JOHN GARRETT PENN**
                                        **United States District Judge**