UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-0366 (JGP) |
| | ) | |
| | ) | |
| DARICK NAPPER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

A plea hearing was originally scheduled for October 13, 2005. At that hearing, Defendant informed the Court that he wanted new counsel appointed to represent him and was currently unwilling to enter a plea. New counsel was appointed and the matter was set down for a hearing on October 27, 2005. At that hearing, Defendant again requested appointment of new counsel but ultimately withdrew that request. The Government stated its intent to withdraw the plea offer and to go forward with indictment. Defendant has waived his speedy trial rights until arraignment. Accordingly, it is hereby

**ORDERED** that this matter is set down for arraignment on November 16, 2005 at 10:00 A.M. in Courtroom 15.


**DATE: October 27, 2005**                             **JOHN GARRETT PENN**
                                                                              **United States District Judge**