NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE<br>
UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF COLUMBIA<br>
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

     vs.                              Criminal Number 05-366

**DARICK NAPPER**
      (Defendant)

TO:    NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

  X    CJA         \_\_\_\_  RETAINED        \_\_\_\_  FEDERAL PUBLIC DEFENDER

_[signature]_ (SgnatGre)

PLEASE PRINT THE following INFORMATION:

**ELITA C. AMATO**
(Attorney & Bar I D NuniJer)

_attorney at law_
(Firm Name)

_1211 Conn. Ave.,N.W., Suite 400_
(Sreet Address)

_Washington, D.C., 20036_
(City)      (Sate)      (Zip)

_202-223-3210_
(Telephone Number)