UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0443M-01 (CR) |
| **DARICK NAPPER,** | : | VIOLATIONS:   21 U.S.C. §841(a)(1) |
| **Defendant.** | : | and §841(b)(1)(B)(iii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 5 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. §844(a) |
| | : | (Simple Possession of a Controlled Substance); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about August 4, 2005, within the District of Columbia, **DARICK NAPPER**, did

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance

containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug

controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base**, in
violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT TWO

On or about August 4, 2005, within the District of Columbia, **DARICK NAPPER**, did

unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable

amount of cannabis, also known as marijuana, a Schedule I controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code,
Section 844(a))

## COUNT THREE

On or about August 4, 2005, within the District of Columbia, **DARICK NAPPER**, did

unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a

drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count

One of this Indictment which is incorporated herein, a firearm, that is, a Ruger 9mm semi-automatic

pistol and a High Point .380 caliber handgun.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in
violation of Title 18, United States Code, Sections 924(c)(1))

## COUNT FOUR

On or about August 4, 2005, within the District of Columbia, **DARICK NAPPER**, having

been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C.

Superior Court Criminal Case No. F1077-01, did unlawfully and knowingly receive and possess a

firearm, that is, a Ruger 9mm semi-automatic pistol and a High Point .380 caliber handgun, and did

unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition and .380

caliber ammunition, which had been possessed, shipped and transported in and affecting interstate

and foreign commerce.

       **(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

       A TRUE BILL:

       FOREPERSON.

Attorney of the United States in
and for the District of Columbia