CO-525
(12/86)

**PRAECIPE**

# United States District Court
# for the District of Columbia

the ____17____ day of __November__ ____2005____

United States
              vs.
Darrick Napper

Civil/Criminal Action No. 05-366 (JGP)

The Clerk of said Court will  please enter my appearance for the United States. I am substituting for Assistant United States Attorney Wendy L. Short

_____

Denise Clark   DC 479149
(Name)         (Bar ID)
555 4th St, NW
(Address)
(202) 353-8690
(Phone Number)
U.S. Attorney's Office
(Attorney For)
for District of Columbia

_____  _____
(Name)                (Bar ID)
_____
(Address)
_____
(Phone Number)
_____
(Attorney For)