UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Criminal Action No. 05-0366 (JGP) |
| | ) |
| **DARICK NAPPER,** | ) |
| | ) |
| **Defendant.** | ) |

ORDER

The status hearing previously set for December 15, 2005 at 10:00 A.M. is rescheduled for 2:00 P.M. on that date in Courtroom 15.

**SO ORDERED**.


**DATE: November 18, 2005**                           **JOHN GARRETT PENN**
                                                      **United States District Judge**