*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   **Criminal Action No. 05-0366 (JGP)** |
| | ) |
| | ) |
| **DARICK NAPPER,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

Upon consideration of the representations of the parties made during a conference call on December 13, 2005, it is hereby **ORDERED**

1. That the parties may file pretrial motions on or before December 30, 2005.

2. That the parties may file responses to motions on or before January 20, 2006.

3. That the parties may file replies in support of motions on or before January 27, 2006.

4. That the hearing previously scheduled for December 15, 2005 is continued; the parties shall appear for a motions hearing on February 9, 2006 at 10:00 A.M. in Courtroom 15.

   **SO ORDERED**.


**DATE: December 19, 2005**                              **JOHN GARRETT PENN**
                                                         **United States District Judge**