## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| v. | ) Case No. 05-366 (JCP) |
| | ) |
| **DARRICK NAPPER** | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

Upon consideration of Defendant's *Motion to Suppress Evidence,* and any government opposition, and the entire record, it is this _____ day of _____, 2006, hereby

**ORDERED** that defendant Napper's Motion is granted; and it is further

**ORDERED** that the government shall be precluded from introducing at trial all tangible evidence seized from Mr. Napper including any items recovered from his bag.

_____
JOHN GARRETT PENN
UNITED STATES DISTRICT COURT JUDGE