IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v | * | Criminal Nº 05-366(JGP) |
| **DARICK NAPPER** | * | |
| _____ | * | |

**ORDER**

Upon consideration of *Government's Motion to Impeach Defendant with his Prior Conviction Pursuant to Rule 609*, and the defense opposition, and the evidentiary record, it is this _____ day of _____, 2006, hereby

**ORDERED** that Government's motion is denied; and it is further

**ORDERED** that the government shall be precluded from introducing the defendant's prior conviction at trial for purposes of impeachment pursuant to Rule 609.

_____
JOHN GARRETT PENN
UNITED STATES DISTRICT COURT JUDGE