UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** )<br>)<br>   **v.**   )<br>)<br>**Darick Napper** )<br>)<br>   **Defendant.** )<br>_____ ) | **Criminal No.** 05-366(JGP) |

### MOTION TO ENLARGE TIME BY WHICH TO FILE RESPONSES AND MEMORANDUM OF POINTS AND AUTHORITIES

*COMES NOW,* Darick Napper, the defendant through undersigned counsel, and respectfully moves this Honorable Court pursuant to Rule 45(b) of the Federal Rules of Criminal Procedure to enlarge the time by which to file motions to responses. The Court ordered all responses be filed by January 20, 2006. Counsel for Mr. Napper only today filed a response to the government's rule 609 motion. Undersigned was in trial on January 20, 2006, and had been in trial since January 10, 2006. The prior week undersigned was in a motions hearing which began on January 4, 2006 and ended on January 10, 2006. For these reasons undersigned was unable to prepare a response until today.

The government was notified of undersigned's schedule and her need for additional time in which to respond. The government informed undersigned that she does not oppose this motion.

Respectfully submitted,

_____
Elita C. Amato
1211 Conn. Ave., N.W., Suite 400
Washington, D.C. 20036
202.223.3210

Counsel for Mr. Napper

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January, 2006, the foregoing was served electronically through the electronic filing system.

/ECA/

_____

2