UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES**    ) | |
| ) | |
| v.    ) | **Criminal No.** 05-366(JGP) |
| ) | |
| **Darick Napper**    ) | |
| ) | |
| Defendant.    ) | |
| _____    ) | |

## ORDER

Upon consideration of Defendant's Unopposed Motion to Enlarge Time, there being no opposition from the government, it is this _____ day of _____, 2006, hereby

**ORDERED** that defendant Darick Napper's motion for an extension of time is granted; and it is further

**ORDERED** that the time in which to file the response to the government's rule 609 motion be extended until January 25, 2006.

**SO ORDERED.**

_____

JOHN GARRETT PENN

UNITED STATES DISTRICT COURT JUDGE