*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     ) | |
|                                  ) | |
|     **Plaintiff,**         ) | |
|                                  ) | |
|     v.                    ) | **Criminal Action No. 05-0366 (JGP)** |
|                                  ) | |
| **DARICK NAPPER,**         ) | |
|                                  ) | |
|     **Defendant.**        ) | |

**ORDER**

Upon consideration of Defendant's Motion to Enlarge Time by Which to File Responses and Memorandum of Points and Authorities [16], it is hereby

**ORDERED** that the motion is **GRANTED** *nunc pro tunc.*

**DATE: January 27, 2006**                                                                              **JOHN GARRETT PENN**
                                                                                                                                 **United States District Judge**