UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **05-366 (JGP)** |
| v. | : | GRAND JURY ORIGINAL |
| **DARICK NAPPER,** | : | VIOLATIONS: 18 U.S.C. §371 |
| **Defendant.** | : | (Conspiracy); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(iii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 5 Grams or More of Cocaine Base); |
| | : | 21 U.S.C. §844(a) |
| | : | (Simple Possession of a Controlled Substance); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 18 U.S.C. §922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year) |

### S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

From on or about April 1, 2005, and continuing thereafter at least until on or about April 24, 2005, in the District of Columbia, the State of North Carolina, and elsewhere, **DARICK NAPPER**, did knowingly and willfully combine, conspire, confederate and agree together and with a person known to the Grand Jury, to commit certain offenses against the United States, specifically to unlawfully, knowingly, and intentionally deceive a licensed importer, manufacturer, dealer, or

collector by knowingly making a false, fictitious oral or written statement in order to purchase firearms, that is, a High Point 9 mm rifle, serial number B70099, a Ruger 9 mm pistol, serial number 315-49642, a Marlin rifle, serial number 18534313, and a Marlin rifle, serial number 06493372 and ammunition, in violation of 18 U.S.C. 922(a)(6).

In furtherance of the conspiracy and to effect the object of the conspiracy, the following overt acts, among others, were committed in the District of Columbia and elsewhere:

(1) On or about April 1, 2005, in the District of Columbia and elsewhere, Defendant spoke with a co-conspirator about purchasing firearms for Defendant in North Carolina because Defendant could not purchase a firearm due to his status as a convicted felon.

(2) On or about April 2, 2005, in North Carolina, Defendant and the co-conspirator drove to a pawn shop in Rocky Mount, North Carolina, where the Defendant selected the firearms and ammunition he wanted the co-conspirator to purchase on his behalf.

(3) The co-conspirator completed the necessary paperwork to purchase the firearms, falsely stating that it was not buying the firearms for another person, and paid for the firearms with money provided by Defendant.

(4) On or about April 3, 2005, Defendant and the co-conspirator drove to Washington, D.C., where Defendant removed the firearms and ammunition from the co-conspirator's car and took them into an apartment building.

(5) On or about April 23, 2005, Defendant and the co-conspirator drove to a pawn shop in Spring Lake, North Carolina where Defendant again selected firearms and ammunition that he wanted the co-conspirator to purchase on his behalf.

(6) The co-conspirator again completed the necessary paperwork to purchase a firearm, falsely stating that it was not purchasing the firearms for another person, and paid for the firearms

using with money given to it by Defendant.

(7) On or about April 24, 2005, Defendant and the co-conspirator drove back to Washington, D.C., where Defendant removed the firearms and ammunition from the co-conspirator's car and took them into a building.

(**Conspiracy**, in violation of Title 18, United States Code, Section 371)

## COUNT TWO

On or about August 4, 2005, within the District of Columbia, **DARICK NAPPER**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

## COUNT THREE

On or about August 4, 2005, within the District of Columbia, **DARICK NAPPER**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

## COUNT FOUR

On or about August 4, 2005, within the District of Columbia, **DARICK NAPPER**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count

One of this Indictment which is incorporated herein, a firearm, that is, a Ruger 9mm semi-automatic pistol and a High Point .380 caliber handgun.

>   (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

### COUNT FIVE

On or about August 4, 2005, within the District of Columbia, **DARICK NAPPER**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F1077-01, did unlawfully and knowingly receive and possess a firearm, that is, a Ruger 9mm semi-automatic pistol and a High Point .380 caliber handgun, and did unlawfully and knowingly receive and possess ammunition, that is, 9mm ammunition and .380 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

>   (**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia