UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff   ) | |
| ) | |
| v.   ) | Criminal Action No. 05-0366 (JGP) |
| ) | |
| ) | |
| DARICK NAPPER,   ) | |
| ) | |
| Defendant   ) | |

**ORDER**

Defendant filed a motion to suppress, which the Court heard on February 9, 2006 and March 24, 2006. The parties appeared before the Court for a status conference on April 28, 2006. At that hearing, the Court advised the parties that it would deny Defendant's motion to suppress, for the reasons stated in open court and to be stated in a forthcoming memorandum opinion. The Defendant agreed to waive his rights under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, for the period of time between the issuance of the Court's order on his motion to suppress and the next status hearing, set down for June 20, 2006. The Court found such delay was necessary to allow Defendant to effectively prepare for a possible plea agreement or trial, given the significance of the charges and his counsel's busy trial schedule.[1] For those reasons, the Court found that, pursuant to 18 U.S.C. § 3161(h)(8)(A), "the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." Accordingly, it is hereby

**ORDERED** that this matter is set down for a status hearing on June 20, 2006 at 11:00 A.M. in Courtroom 15; and it is further

---

[1] Defense counsel is currently involved in a protracted criminal trial.

**ORDERED** that the period of time between the date the Court issues an order on Defendant's motion to suppress and June 20, 2006 shall be excluded from the calculation of time within which Defendant's trial must commence under the Speedy Trial Act.

**DATE: May 5, 2006**                                    **JOHN GARRETT PENN**
                                                         **United States District Judge**