**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. 05-366 (JCP) |
| ) | |
| DARRICK NAPPER ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DEFENDANT'S UNOPPOSED REQUEST FOR PRE-PLEA CRIMINAL
HISTORY CALCULATION**

*COMES NOW* Darrick Napper, through undersigned counsel and hereby moves this Honorable Court order the United States Probation office conduct a pre-plea criminal history calculation on an expedited basis prior to Mr. Napper's entry of a plea in this case. As grounds for this motion, defendant submits the following:

Mr. Napper litigated a motion to suppress evidence in this case. The court heard and ultimately denied the motion. Mr. Napper is currently negotiating a plea with the government.

The government has extended two different plea offers to Mr. Napper. One offer, which he is considering would require Mr. Napper, if he accepts the plea, to agree that the applicable Guideline Range established by the Sentencing Guidelines constitutes a reasonable sentence and he would further agree to not seek a sentence outside of the applicable Guideline Range nor suggest that the Court consider a sentence outside of the Guideline Range. Undersigned counsel has calculated the possible offense level. However, Mr. Napper's criminal history category will greatly effect the sentencing range

under the Guidelines. Mr. Napper cannot agree at this point to accept the applicable Guideline Range "as reasonable" pursuant to the extended plea offer without knowing more or less what his Guideline Range would be taking into account his criminal history. Therefore, he moves the Court order the United States Probation Office to prepare a criminal history calculation prior to his acceptance on the record of any plea.

Undersigned counsel expressed her concerns relative to this plea with the government. The government advised her that it will not extract the particular language in the plea regarding the "reasonableness" of a Guideline Range sentence and the accompanying language. However, the government suggested and does not oppose probation prepare a pre-plea criminal history calculation at this juncture.

**WHEREFORE**, in the interests of justice, all other reasons put forth above and any others the Court may find, Mr. Napper respectfully moves this court order the United States Probation office prepare a pre-plea criminal history calculation on an expedited basis.

Respectfully submitted,

_____
Elita C. Amato, Bar # 44279
1211 Conn. Ave., N.W.,
Suite 400
Washington, D.C. 20036
(202) 223-3210
Counsel for Napper

**CERTIFICATE OF SERVICE**

I **CERTIFY** that on this *14th day of June 2006*, the foregoing was electronically served upon the following attorney:

Denise M. Clark, Esq.
Assistant United States Attorney
Office of the United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

_____
Elita C. Amato