## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| v. | )   Case No. 05-366 (JCP) |
| | ) |
| **DARRICK NAPPER** | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

Upon consideration of *Defendant's Unopposed Request for Pre-Plea Criminal History Calculation*, there being no opposition, it is this _____ day of _____, 2006, hereby

**ORDERED** that defendant Napper's motion is granted; and it is further

**ORDERED** that the United States Probation Office prepare a pre-plea criminal history calculation on an expedited basis.

_____
JOHN GARRETT PENN
UNITED STATES DISTRICT COURT JUDGE