## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES**         ) | |
| )  | |
| v.                        ) | Case No.  05-366 (JGP) |
| )  | |
| **DARRICK NAPPER**        ) | |
| )  | |
| Defendant.                ) | |
| _____       ) | |

### ORDER

Upon consideration of *Defendant's Unopposed Request for Pre-Plea Criminal History Calculation*, there being no opposition, it is this _____ day of _____, 2006, hereby

**ORDERED** that defendant Napper's Motion is granted; and it is further

**ORDERED** that the United States Probation Office prepare a pre-plea criminal history calculation on an expedited basis.

_____
JOHN GARRETT PENN
UNITED STATES DISTRICT COURT JUDGE