*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Criminal Action No. 05-0366 (JGP) |
| | ) |
| **DARICK NAPPER,** | ) |
| | ) |
| **Defendant.** | ) |

**ORDER**

Upon consideration of the Defendant's Unopposed Request for Pre-Plea Criminal History Calculation [29], it is hereby

**ORDERED** that the motion [29] is granted; and it is further

**ORDERED** that the U.S. Probation Office prepare a pre-plea criminal history calculation on an expedited basis.

**DATE: June 19, 2006**                         **JOHN GARRETT PENN**
                                                 **United States District Judge**