UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) ) | |
| v. | ) | Criminal Action No. 05-0366 (JGP) |
| | ) ) ) | |
| **DARICK NAPPER** | ) ) | |

**ORDER**

Defendant was scheduled to appear before the Court for a status hearing on June 20, 2006. Prior to that date, defense counsel informed the Court that Defendant had mistakenly been transferred to a Bureau of Prisons facility in Canaan, Pennsylvania following sentencing in a matter in D.C. Superior Court, and could not be brought back to the jurisdiction for the hearing. Defense counsel waived Defendant's presence on his behalf, and the hearing went forward. Documentation was prepared to have Defendant returned to this jurisdiction. Defense counsel agreed to ask Defendant whether he would sign a waiver of his rights under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

Defendant has since signed an Order indicating that he does not object to excluding forty-two days from the computation of time within which his trial shall commence, which the Court has approved. In light of Defendant's lack of objection and in consideration of the time necessary to allow Defendant to be returned to the jurisdiction, meet with his counsel, and effectively prepare for a possible plea agreement or trial, the Court finds that, pursuant to 18 U.S.C. § 3161(h)(8)(A), "the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." Accordingly, it is hereby

**ORDERED** that forty-two days shall be excluded from the calculation of time within which Defendant's trial must commence under the Speedy Trial Act; and it is further

**ORDERED** that the parties shall appear for a hearing on August 1, 2006 at 10:00 A.M. in Courtroom 15.

**DATE: July 5, 2006**                                    **JOHN GARRETT PENN**
                                                           **United States District Judge**