Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 05-366-01 (JGP)
)
DARICK NAPPER )

## NOTICE OF APPEAL

**FILED**
OCT 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant: Darick Napper (presently incarcerated)

Name and address of appellant's attorney:
Elita C. Amato
1211 Conn. Ave. NW Suite 400
Washington, DC 20036

Offense: Conspiracy, PWID, Firearm 922(g)

Concise statement of judgment or order, giving date, and any sentence:
Sentenced Count 1 = 60 months  } concurrent ; $500.00 fine
Counts 2 & 5 = 84 months  }
concurrent to Superior Ct. case

Name and institution where now confined, if not on bail:
D.C. Jail

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

10-23-06                           Napper/ECA
DATE                               APPELLANT
                                   Elita C. Amato
                                   ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE           [X]
PAID USDC FEE         [ ]
PAID USCA FEE         [ ]

Does counsel wish to appear on appeal?                           YES [ ]   NO [X]
Has counsel ordered transcripts?              motions  YES [X]   NO [X] sentencing
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [X]  NO [ ]

Docketing Statement Submitted