UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 05-366 (JPG)** |
| | : | |
| **v.** | : | |
| | : | |
| **DARICK NAPPER,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Precious Murchison, at telephone number (202) 307-6080 and/or email address Precious.Murchison@usdoj.gov . Precious Murchison will substitute for Assistant United States Attorney Denise Clark as counsel for the United States.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney


        _____
        PRECIOUS MURCHISON
        Assistant United States Attorney
        Federal Major Crimes Section,
        555 4th Street, NW, Room 4840
        Washington, DC 20530
        (202) 307-6080
        Precious.Murchison@usdoj.gov