*Penn, J.*

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 06-3159**  September Term, 2006

FILED JUL 12, 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05cr00366-01

Filed On:

United States of America,
    Appellee

v.

Darick Napper,
    Appellant



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED JUL 05 2007
CLERK

### ORDER

Upon consideration of appellant's motion for voluntary dismissal, and the affidavit in support thereof, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

BY:                 Mark Butler
                      Deputy Clerk

A True copy:
United States Court of Appeals
for the District of Columbia
By: *Sabrina Clipp*