**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CR 05-366 (JGP)** |
| **DARICK NAPPER** | : | |

**UNOPPOSED MOTION TO REDUCE SENTENCE**

Pursuant to 18 U.S.C. § 3582(c)(2), Mr. Darick Napper, through undersigned counsel, respectfully moves this Honorable Court to reduce his sentence of 84 months incarceration to a term of 60 months.  In support of this motion, counsel states:

1.  On October 23, 2006, the Court sentenced Mr. Napper to a 84 month term of incarceration on the charge of unlawful possess with intent to distribute 5 grams or more of cocaine base.  This sentence was based on a finding that the applicable sentencing range under the United States Sentencing Guidelines was 84 to 105 months (criminal history category IV, offense level 25).  The Court sentenced Mr. Napper to a term of incarceration at the bottom of that range.

2.  Effective November 1, 2007, the United States Sentencing Commission amended and lowered the base offense levels by two points for offenses involving crack cocaine.  U.S.S.G., Supplement to Appendix C, Amendments 706, 711 (Nov. 1, 2007).  Section 3582(c)(2) of Title 18 of the United States Code states that the Court is authorized to reduce the term of imprisonment imposed "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission . . . if such a reduction is consistent with applicable policy statements issued by the

Commission." 18 U.S.C. § 3582(c)(2). On December 11, 2007, the Sentencing Commission voted to give retroactive effect to the amendments reducing the crack cocaine sentencing ranges by adding these amendments to the list of amendments in U.S.S.G. § 1B1.10, effective March 3, 2008.

3. The amendments reduce the sentencing guidelines range applicable to Mr. Napper to 70 to 87 months. A sentence at the bottom of the amended range would reduce Mr. Napper's sentence by 14 months. A proposed order accompanies this motion reflecting the sentence computations in Mr. Napper's case.

4. Undersigned counsel has consulted with Assistant United States Attorney John Mannarino, who represented that the government does not oppose this motion.

5. According to the Bureau of Prisons, Mr. Napper's current projected release date is July 9, 2012. Because the requested fourteen-month reduction will not result in Mr. Napper's immediate release, the government and the Probation Office agree that neither a provision affording the Probation Office discretion to place Mr. Napper in a halfway house while on supervised release, nor a provision affording the Bureau of Prisons an additional ten days to execute the amended sentence is necessary. Therefore, those provisions are not included in the attached proposed order.

WHEREFORE, for the foregoing reasons, Mr. Napper respectfully requests that the Court reduce his sentence from an 84 month term of imprisonment to a term of 70 months.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500