AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| DARICK NAPPER ) | Case No: 05-366 |
| ) | USM No: 33004-007 |
| Date of Previous Judgment: October 26, 2006 ) | Mary Petras |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X  the defendant   ❒ the Director of the Bureau of Prisons   ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ❒ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __84__ months **is reduced to** __70 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 25 | Amended Offense Level: | 23 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 84 to 105 months | Amended Guideline Range: | 70 to 87 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.
❒  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒  Other (explain):

**III. ADDITIONAL COMMENTS**




Except as provided above, all provisions of the judgment dated __10/26/2006__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____        _____
                                                             Judge's signature

Effective Date: _____      _____
          (if different from order date)                     Printed name and title